

**U.S. Department of Justice**

Federal Bureau of Prisons
Low Security Correctional Institution
P.O. Box 999
Old North Carolina Highway 75
Butner, NC 27509

January 20, 2006

Honorable C. Ashley Royal
United States District Court Judge
Middle District of Georgia
U. S. District Court
P. O. Box 1280
Macon, Georgia 31202

RE: DAVID, William Andrew
REG. NO.: 92582-020
DOCKET NO.: 3:05-CR-00013-001-CAR

Dear Judge Royal:

This is to advise you we were able to honor your recommendation for William Andrew David to be designated to a facility in Butner, North Carolina. He has been designated to the Low Security Correctional Institution (LSCI), Butner, North Carolina.

At the time of designation, we were aware of the Court's recommendation that he participate in the Sex Offender Treatment Program (SOTP). Unfortunately, LSCI Butner does not offer the Sex Offender Treatment Program. Mr. David is within 18 to 36 months from release. Therefore, this inmate may be considered for transfer to the SOTP should he volunteer and meet the other program criteria.

We appreciate the Court's recommendation and would be pleased to further discuss this matter should you desire. Please feel free to contact me at (919) 575-5000.

Sincerely,

Patricia R. Stansberry
Warden